UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-162

| | |
|---|---|
| GOODRICH CORPORATION SAVINGS ) | |
| PLAN FOR ROHR EMPLOYEES, ) | |
|     Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| RUBY J. JEAN AND CHARLES L. ) | |
| MCFANN ) | |
|     DefendantS. | |

**THIS MATTER** is before the Court on the Plaintiff's Interpleader Complaint, filed April 13, 2007, pursuant to Rule 22, Federal Rules of Civil Procedure and 28 U.S.C. § 1335. A hearing was held on July 26, 2007, to determine the rightful beneficiary to the proceeds of the Goodrich Corporation Savings Plan for Rohr Employees (the "Plan") account held by Gee McFann, now deceased. At the hearing, the Court ordered the Plaintiff to make one final attempt to locate any possible heirs to Gee McFann's Plan account by sending notice of the litigation to the two potential beneficiaries identified by the Court, allowing them an additional sixty (60) days to make a claim to the Plan account. Plaintiff did this. At the expiration of the sixty (60) days, September 25, 2007, no one had come forward to make a claim to the Plan account, other than Defendant Ruby J. Jean.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. RUBY J. JEAN, sister of the deceased, be designated as the sole beneficiary of the proceeds in the Plan account (account no. xxx-xx-6241) opened by Gee McFann, as an employee of Rohr, Inc., a wholly owned subsidiary of Goodrich Corporation.

2. The GOODRICH CORPORATION BENEFIT DESIGN AND ADMINISTRATION COMMITTEE, the Plan administrator, is ordered to provide to FIDELITY MANAGEMENT TRUST COMPANY ("FIDELITY"), the Plan trustee, any and all information and/or documentations necessary to allow the distribution of the funds in the Plan account no. xxx-xx-6241, and to direct FIDELITY to distribute these funds to Ruby J. Jean, less applicable taxes as set forth below.

3. FIDELITY is ordered to distribute the Plan account being held on behalf of Gee McFann to his sole beneficiary, Ruby J. Jean of Pearland, Texas, less applicable taxes. FIDELITY is further ordered to pay to the appropriate taxing authorities the applicable taxes withheld from the distribution to Ruby J. Jean, and to file with the appropriate taxing authorities any and all appropriate tax forms.

4. Upon satisfactory completion of the above Order (1-3), Goodrich Corporation Savings Plan for Rohr Employees, the Goodrich Corporation Benefit Design and Administration Committee, Goodrich Corporation, and Rohr, Inc. shall be released from all liability in this matter.

**SO ORDERED.**

Signed: November 2, 2007

Robert J. Conrad, Jr.
Chief United States District Judge